FILED
2018 Apr-13 PM 02:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| GENIE BUCHANAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VELOCITY INVESTMENTS, LLC, )<br>)<br>Defendant. ) | 7:16-cv-01117-LSC |

## ORDER

Counsel for the parties have notified the Court that a settlement agreement has been reached in this matter. (Doc. 41.) Accordingly, this action is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order.

Costs are taxed as paid.

DONE and ORDERED on April 13, 2018.

_____
L. Scott Coogler
United States District Judge

190685